UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-04920-RAO | Date: | February 8, 2016 |
| Title: | Priscilla A. Nichols v. Carolyn W. Colvin | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

   Priscilla A. Nichols ("Plaintiff") intiated this action challenging the Commissioner's denial of her application for supplemental security income on June 29, 2015.  (Dkt. No. 1.)

   Pursuant to the Court's July 8, 2015, Order Regarding Further Proceedings ("Order"), Plaintiff had 30 days from the filing of the Commissioner's November 16, 2015, answer to file her "Memorandum in Support of Plaintiff's Complaint."  (Dkt. Nos. 9 & 14.)  Plaintiff did not file her memorandum by the 30 day deadline, but filed an ex parte application for leave to file a late brief which the Court granted on December 21, 2015.  (Dkt. Nos. 17-18.)  Plaintiff filed her memorandum on December 31, 2015.  (Dkt. No. 19.)

   Pursuant to the Order, the Commissioner was directed to file a "Memorandum in Support of Defendant's Answer" within 30 days after service of Plaintiff's memorandum.  (Dkt. No. 9.)  As of the date of this order, however, the Commissioner has neither filed her memorandum, nor requested an extension of time in which to do so.

   **IT IS THEREFORE ORDERED** that the Commissioner must show cause, in writing, on or before **February 15, 2016**, why her failure to timely file her memorandum should not be deemed consent to the granting of the relief sought by Plaintiff.  Alternatively, the Commissioner may discharge her obligation to show cause by filing her memorandum by February 15, 2016.

   **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:   CV 15-04920-RAO                                              Date:   February 8, 2016
Title:      Priscilla A. Nichols v. Carolyn W. Colvin

                                                                              :
                                                     Initials of Preparer     gr